UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 JUL -5 AM 9: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Corey D. Jones          00-20068          Docket No: 2:00CR20068-01

## Petition on Probation and Supervised Release

**COMES NOW** Dawn L. Brown, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Corey D. Jones who was placed on supervision by the Honorable Bernice B. Donald, sitting in the Court at Memphis, TN, on the 23rd day of August, 2001, who fixed the period of supervision at three (3) years *, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate as directed in a program (outpatient and/ or inpatient) approved by the Probation Officer for the testing and treatment of narcotic addiction or drug or alcohol dependency. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

2. The defendant shall obtain a General Education Diploma (GED).

* Supervision began November 30, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attached

**PRAYING THAT THE COURT WILL ORDER** a **SUMMONS** be issued for Corey D. Jones to appear before the United States District Court to answer charges of Supervised Release Violation.

**ORDER OF COURT**

Considered and ordered 1st day of July, 2005 and ordered filed and made a part of the record in in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/6/05

I declare under penalty of perjury that the foregoing is true and correct.

Executed On June 21, 2005

_____
United States Probation Officer

Place: Memphis, TN

(54)

RE:   Corey D. Jones
      Docket No: 2:00CR20068-01
      Probation Form 12
      Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant, Corey D. Jones, has violated the following conditions of his term of Supervised Release:

**The defendant shall refrain from any unlawful use of a controlled substance.**

Mr. Jones tested positive for Marijuana on March 7, and May 31, 2005.

**The defendant shall participate in substance abuse treatment and testing as deemed appropriate by the Probation Office.**

On January 5, 2005, the defendant was referred to the Alcohol and Chemical Abuse Rehab Center (ACAR) for drug treatment and testing. The defendant failed to attend counseling sessions on March 9 and April 20, 2005. The defendant also failed to submit to six (6) drug screens between January 22, 2005 and June 8, 2005. Mr. Jones was discharged from treatment due to continuous non-compliance on April 21, 2005.

# VIOLATION WORKSHEET

1. **Defendant** Corey D. Jones,     ( 707 East Trigg, Memphis, TN  38106)

2. **Docket Number (Year-Sequence-Defendant No.)**     2:00CR20068-01

3. **District/Office**    Western District of Tennessee  (Memphis)

4. **Original Sentence Date**
   03 / 06 / 1997
   month day year

   (If different than above):

5. **Original District/Office**

6. **Original Docket Number (Year-Sequence-Defendant No.)**

7. **List each violation and determine the applicable grade {see §7B1.1}:**

   | Violation{s} | Grade |
   |---|---|
   | Non-Compliance with Drug Treatment | C |
   | Drug Use | B |

8. **Most Serious Grade of Violation (see §7B1.1(b))**     B

9. **Criminal History Category (see §7B1.4(a))74**     III

10. **Range of imprisonment (see §7B1.4(a))**     8 - 14 months

    Having been convicted of a Class A Felony, the Statutory Maximum term of imprisonment is 60 months; U.S.C. § 3583(e)(3).

11. **Sentencing Options for Grade B and C Violations Only (Check the appropriate box):**

    { } (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3©)(1) provides sentencing options to imprisonment.

    {x} (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3©)(2) provides sentencing options to imprisonment.

    { } (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**DEFENDANT: Corey D. Jones**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

    Restitution ($) N/A                           Community Confinement N/A

    Fine ($)  N/A                                 Home Detention  N/A

    Other    N/A                                  Intermittent Confinement N/A

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

    Term: _____ to _____ years

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

    Period of supervised release to be served following release from imprisonment: _____

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    _____

    _____

15. **Official Detention Adjustment** {see §7B1.3(e)}: _____ months _____ days

    Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
    Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:00-CR-20068 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT