IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 25 PM 5: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

```
UNITED STATES OF AMERICA        *
         Plaintiff,             *
                                *
vs.                             *      CR. NO. 2:00-20068-D
                                *
COREY D. JONES                  *
         Defendant.             *
```

---

## ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On July 25, 2005, Corey Jones appeared before on a charge of violation of the terms and conditions of probation/supervised release in this matter. The defendant was advised of his/her rights under FRCrP 5 and 32.1(a)(1).

At this hearing, the defendant was released on bond. A preliminary hearing on the violation was not held.

Accordingly, defendant Corey Jones is held to a final revocation hearing, to be set on notice from the United States District Court and in accordance with the provisions of Rule 32.1(a)(2), Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 25th day of _July_____, 2005.

_Diane K Vescovo_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:00-CR-20068 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT