IN THE UNITED STATES DISTRICT COURT FILED BY _10_ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -1 PM 3: 39

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,        *

                 Plaintiff,      *

v.                               *        CR. NO. 00-20068-D

COREY D. JONES,                  *

                 Defendant.      *

---

## ORDER

---

After having considered the defendant's motion to Reset the Supervised Release Violation Hearing, the Court finds the Motion should be **Granted**.

The Motion shall be reset to _____THURSDAY_____, September 22 2005 at _10:00_ am/~pm~.

It is so Ordered, Adjudged and Decreed, this _1st_ day of ~August~ SEPTEMBER 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:00-CR-20068 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Doris Holt-Randle
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT