```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:00-20068-D |
| | * | |
| COREY D. JONES | * | |
|     Defendant. | * | |

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On November 27, 2006, Corey D. Jones appeared before me on a violation of the terms and conditions of probation/supervised release in this matter. Counsel was appointed to represent dft Corey D. Jones.

Accordingly, defendant Corey D. Jones is held before the District Court to show cause why his supervised release should not be revoked by a hearing to be set on notice from the United States District Court.

IT IS SO ORDERED this __27th__ day of __November____, 2006.

                                                        s/Diane K. Vescovo

                                        UNITED STATES MAGISTRATE JUDGE